429 A.2d 739

Commonwealth v. Rose, Appellant.

Submitted April 16, 1980. E. David Margolis, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.